# THE MERMIGIS LAW GROUP, P.C.

85 Cold Spring Road
Syosset, NY 11791
516-353-0075
MermigisLaw@GMail.com

James Mermigis, Esq.                                                                                  New York/Naples FL.
_____
Kimberly Anzaldi, Sr. Paralegal
Stacey Kallos, Paralegal

March 21, 2025

Hon. Anthony J. Brindisi
United States District Judge
Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re:   Tandian v. State University of New York Upstate Medical University
      Index No.: 5:24-cv-01194

Dear Judge Brindisi:

The current Opposition to Motion to Dismiss due date for the above-entitled matter is March 21, 2025. I apologize to this Honorable Court but I am having major issues with my laptop. I am respectfully requesting a brief adjournment until Monday, March 24, 2025 to get these issues remedied and to file my opposition. I apologize for any inconvenience to this Honorable Court.

Thank you for your time and consideration.

Respectfully submitted,

/s/ James Mermigis

James Mermigis